1  Dominique N. Thieu, Esq., SBN 236914
2  **THIEU VIRTUAL LAW GROUP**
   A PROFESSIONAL LAW CORPORATION
   ATTORNEYS & COUNSELORS AT LAW
3  17150 NEWHOPE STREET, SUITE 213
   FOUNTAIN VALLEY, CA 92708
4  TEL 714.435.9500
   FAX 714.274.7179
5  EMAIL DNT@THIEULAW.COM

6  Attorneys for Plaintiff
7  TU THIEN THE, INC.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  TU THIEN THE, INC., a California      Case No.:   CV11-09899 JHN (JEMx)
13  corporation;                          *Assigned for all purposes to the*
                                          *Judge:*
14        Plaintiff,                      *Dept.:*
15
16  v.                                    COMPLAINT FOR:
                                          (1) UNFAIR COMPETITION / FALSE
17  TU THIEN TELECOM, INC., a                 DESIGNATION [LANHAM ACT § 43(a)]
18  California corporation; THE TU        (2) SERVICE MARK INFRINGEMENT,
    THIEN, INC., a California                 TRADE NAME INFRINGEMENT AND
19  corporation; PAUL VIET LE, an             UNFAIR COMPETITION [COMMON
                                              LAW]
20  individual; ALAN VO, an individual;   (3) SERVICE MARK AND TRADE NAME
    and DOES 1 to 10, inclusive;             DILUTION
21                                        (4) STATUTORY UNFAIR COMPETITION,
22        Defendants.                         FRAUDULENT BUSINESS PRACTICES
                                              AND FALSE AND MISLEADING
23                                            STATEMENTS [B & P §§ 17200, 17500]
                                          (5) INJUNCTION FOR INFRINGEMENT
24                                            [B & P § 14402, *et seq.*]
25                                        (6) MISAPPROPRIATION AND
                                              CONVERSION
26                                        (7) UNJUST ENRICHMENT
27                                        (8) INJURY TO BUSINESS REPUTATION

28                                        **JURY TRIAL DEMANDED**

Plaintiff TU THIEN THE, INC., on information and belief, alleges the causes of action against Defendants, and each of them, as follows:

## I. **NATURE OF THE CASE**

1.     This is an action for service mark and trade name infringement, service mark and trade name dilution, false designation of origin, false advertising, violation of the Lanham Act and other acts of unfair competition, misappropriation, conversion, dilution, unjust enrichment and injury to business reputation, arising out of Defendants' willful and deliberate infringement of Plaintiff's rights in the service mark and trade name utilized in connection with its phone card business and service in Westminster, California.  Plaintiff has been damaged as a result of Defendants' acts of infringement and unfair competition and these activities will continue unless enjoined by the Court.

## II. **THE PARTIES**

2.     At all times herein mentioned, Plaintiff TU THIEN THE, INC. ("Tu Thien The" or "TTT"), is a California corporation, with its current office located at 14206 Brookhurst Street, Garden Grove, California 92843. Mr. Huong Thanh Nguyen aka Hai Le ("Mr. Hai Le") owned and operated the fictitious business name "TU THIEN THE".  Thereafter, Mr. Hai Le transferred his interests in "TU THIEN THE" to Plaintiff TU THIEN THE, INC.

3.     Plaintiff is informed and believes and thereon alleges that Defendant TU THIEN TELECOM, INC. ("Tu Thien Telecom" or "TT Telecom"), is and at all times herein mentioned, a corporation organized and existing under the laws of the State of California, in the City of Westminster, County of Orange.

THIEU VIRTUAL LAW GROUP

17150 Newhope Street, Suite 213
Fountain Valley, CA 92708
TEL 714.435.9500 § 714.274.7179 FAX

2

**COMPLAINT**

4.    Plaintiff is informed and believes and thereon alleges that Defendant THE TU THIEN, INC. ("The Tu Thien" or "TT Telecom"), is and at all times herein mentioned, a corporation organized and existing under the laws of the State of California, in the City of Westminster, County of Orange.

5.    Plaintiff is informed and believes and thereon alleges that Defendant PAUL VIET LE ("Mr. Paul Le") is an individual residing in the County of Orange, State of California.

6.    Plaintiff is informed and believes and thereon alleges that Defendant ALAN VO ("Mr. Alan Vo") is an individual residing in the County of Orange, State of California.

7.    The true names and capacities of the DOE Defendants 1 through 50, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sue these Defendants by such fictitious names. Plaintiff will seek leave of this Court to amend this Complaint to show their true names and capacities when such true names have been ascertained.

8.    Plaintiff is informed and believes that DOE Defendants 1 through 10, inclusive, were and are in some manner responsible for the actions, acts, and omissions alleged, and for the damage, and are therefore jointly and severally liable for the damages caused to Plaintiff.

9.    Plaintiff is informed and believes that at all times, Defendants, and each of them, were the agents, employees, and officers of each of the remaining Defendants, and in doing the things alleged, were acting within the scope, course and purpose of such agency and employment, or within the apparent scope of such agency or employment, and with the permission and consent of each of the remaining Defendants.

10.    Wherever appearing in this Complaint, each and every reference to Defendant(s), or to any of them, is intended to be and shall be a reference to all

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 § 714.274.7179 FAX

3

**COMPLAINT**

1    Defendants, and to each of them, named and unnamed, including all fictitiously-

2    named Defendants.

3

4            **III.**    **JURISDICTION AND VENUE**

5

6          11.    This court has jurisdiction over the subject matter under Section 39 of

7    the Trademark Act of 1946, 15 U.S.C. §§ 1121, 1338(a).    This court has

8    supplemental jurisdiction over the state law and common law claims under 28

9    U.S.C. §§ 1331, 1332, 1338(b) & 1367(a).

10         12.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)

11    in that a substantial part of property that is the subject of the action is situated in this

12    judicial district and that all parties reside in this judicial district.

13

14        **FACTS COMMON TO ALL CAUSES OF ACTION**

15

16         13.    In or about November 2009, Mr. Hai Le owned and operated TU

17    THIEN THE located at: 9550 Bolsa Ave., Westminster, CA ("Bolsa Store").

18    Plaintiff was operating a successful business selling long distance phone cards from

19    the USA to Vietnam.    Thereafter, Mr. Hai Le transferred his interests in "TU

20    THIEN THE" to Plaintiff TU THIEN THE, INC.

21         14.    Plaintiff has continuously used the service mark and trade name "TU

22    THIEN THE" (the "Mark") in interstate commerce since November 2009 in

23    connection with the sale of goods and services of long distance phone cards. Since

24    November 2009, the Mark was prominently used on Plaintiff's website:

25    www.tuthienthe.com.

26         15.    Plaintiff sold the TU THIEN THE long distance phone cards

27    throughout Southern California and the United States of America via retailers and its

28    website: www.tuthienthe.com.

THIEU VIRTUAL LAW GROUP

17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL: 714.435.9500 § 714.274.7179 FAX

16.   Defendant ALAN VO was in charge of Technical Support for Plaintiff's website www.tuthienthe.com and phone card internet system.

17.   Plaintiff has extensively advertised and promoted the Mark and has expended considerable effort and expense in offering quality phone card calling services and related services in print ads, television ads and over the Internet under the Mark.  As a result of Plaintiff's use and promotion effort, the Mark has come to identify as the goods and services of Plaintiff.

18.   Through an acquaintance, Mr. Minh Dang, Mr. Hai Le was introduced to Mr. Paul Le.

19.   Mr. Paul Le approached Mr. Hai Le and convinced him to open a second location for TU THIEN THE to be located at: 15781 Brookhurst Street, Suite 104, Westminster, CA ("Brookhurst Store").

20.   In or about February 2010, Mr. Hai Le subleased the Brookhurst Store from Mr. Paul Le.

21.   In or about April 2010, Mr. Paul Le opened up his own long distance phone card business and named his business "THE TU THIEN" at the Brookhurst Store.  Defendants' "THE TU THIEN" is similar in meaning in the Vietnamese language to Plaintiff's "TU THIEN THE" Mark.  Further, the two names are like a phrased phonestheme where there is a phonetic likeness of Defendants' name "THE TU THIEN" to Plaintiff's "TU THIEN THE" Mark.  Defendants use of the Mark in a form by only rearranging the three words in connection with the sale of their goods and services, and sales of similar products, such as providing online purchase of minutes, including prominent displays on their website: www.tuthientelecom.com.

22.   Mr. Paul Le also placed sign(s) in front of the Brookhurst Store advertising "THE TU THIEN" and/or "TU THIEN TELECOM".

23.   Mr. Hai Le confronted Mr. Paul Le and asked him not to open up business under the name "THE TU THIEN" because it would be in direct

THIEU VIRTUAL LAW GROUP
17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.2900 ◊ 714.274.7179 FAX

**COMPLAINT**

1  competition with him, and thus bad for his business "TU THIEN THE".  Mr. Paul

2  Le disregarded Mr. Hai Le's request and told Mr. Hai Le to not worry since they

3  were not business partners.

4       24.   In or about October 2010, Mr. Hai Le started to get questionable phone

5  calls from his customers.  Customers would call Mr. Hai Le and demanded to know

6  why their phone card minutes were not activated even though they had paid for the

7  minutes.

8       25.   Thereafter, some customers then provided Mr. Hai Le with copies of

9  checks they made payable to "TU THIEN THE".  The checks were made payable to

10  Plaintiff TU THIEN THE, but said checks were endorsed by and deposited into

11  Defendant THE TU THIEN's two Chase checking accounts.  Defendants PAUL LE

12  and THE TU THIEN know that customers who wrote these checks belonged to

13  Plaintiff TU THIEN THE.  Upon information and belief, Defendants admitted that

14  amongst one of the customers is Plaintiff's number one customer Tri Liquor.

15       26.   Upon information and belief, Defendants PAUL LE and THE TU

16  THIEN have stolen and cashed numerous checks belonging to Plaintiff TU THIEN

17  THE.

18       27.   Plaintiff tried to work things out with Defendants but to no avail.

19  Thereafter, Plaintiff moved out of the Brookhurst Store and relocated to: 14206

20  Brookhurst, Garden Grove, CA.

21       28.   Defendants PAUL LE and THE TU THIEN acknowledged that

22  Plaintiff's business "TU THIEN THE" and Defendants' business "THE TU THIEN"

23  are separate businesses.

24       29.   In or about November 2010, Defendant ALAN VO locked out Plaintiff

25  and Mr. Hai Le from accessing the system for Plaintiff's phone card business and

26  services.  Upon information and belief, Mr. Alan Vo used the same or similar

27  system   for   internet   sales   belonging   to   Plaintiff   TU   THIEN   THE's

28

THIEU VIRTUAL LAW GROUP

17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9600 & 714.474.7779 FAX

6

**COMPLAINT**

1    www.tuthienthe.com    for    Defendant    THE    TU    THIEN's    website

2    www.tuthientelecom.com.

3        30.   Due to the confusion caused by Defendants, Plaintiff was forced to

4    form a new and affiliated business named "The 2 Chieu" to avoid further confusion.

5    The website www.tuthienthe.com is being directed to www.the2chieu.com.  Plaintiff

6    has to again extensively advertise and promote "The 2 Chieu" and has expended

7    considerable effort and expense in offering quality phone card calling services and

8    related services in print ads, television ads and over the Internet under "The 2

9    Chieu" in association of the Mark.  As a result of Plaintiff's use and promotion

10   effort, "The 2 Chieu" and TU THIEN THE have come to be identify as the goods

11   and services of Plaintiff's Mark.

12       31.   In or about September 2011, Plaintiff demanded that Defendants cease

13   and desist from using "THE TU THIEN", "TU THIEN TELECOM",

14   "tuthientelecom.com" and variants but Defendants have refused to do so, and

15   continue to willfully and deliberately use said name variations to misappropriate the

16   widespread recognition, reputation and goodwill associated with Plaintiff's name

17   and Mark.  Defendants' conduct constitutes unfair competition, false designation of

18   origin, false representation and false description in violation of Lanham Act, Section

19   43(a), 15 U.S.C. § 1125(a).

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

THIEU VIRTUAL LAW GROUP
17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL: 714.435.9900 ■ 714.274.7779 FAX

**COMPLAINT**

# COUNT I

## UNFAIR COMPETITION / FALSE DESIGNATION

## [LANHAM ACT § 43(a)]

### (Against All Defendants and DOES 1 to 10)

32.    Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 31, inclusive, as though fully set forth herein.

33.    Plaintiff TU THIEN THE began using the name and Mark "TU THIEN THE" before Defendants commenced use of the words "THE TU THIEN" in connection with their long distance phone card business and services.

34.    Defendants' use of "THE TU THIEN", "TU THIEN TELECOM" and variations thereof, including "www.tuthientelecom.com" is likely to cause confusion or mistake or to deceive consumers as to the affiliation, connection or association of Defendants' business with Plaintiff's business and the services associated with each other.

35.    In or about September 2011, Plaintiff demanded that Defendants cease and desist from using "THE TU THIEN", "TU THIEN TELECOM", "tuthientelecom.com" and variants but Defendants have refused to do so, and continue to willfully and deliberately use said name variations to misappropriate the widespread recognition, reputation and goodwill associated with Plaintiff's name and Mark. Defendants' conduct constitutes unfair competition, false designation of origin, false representation and false description in violation of Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

36.    Upon information and belief, by such wrongful acts, Defendants have caused, and unless restrained by the Court, will continue to cause, serious irreparable injury and damage to Plaintiff TU THIEN THE and to the goodwill associated with the service mark and trade name "TU THIEN THE", in an amount to be determined at trial.

THIEU VIRTUAL LAW GROUP
17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 § 714.274.7779 FAX

8

**COMPLAINT**

THIELI VIRTUAL LAW GROUP

17150 Newhope Street, Suite 213
Fountain Valley, CA 92708
TEL. 714.435.9800 ● 714.274.7179 FAX

## COUNT II

## SERVICE MARK INFRINGEMENT, TRADE NAME INFRINGEMENT

## AND UNFAIR COMPETITION [COMMON LAW]

**(Against All Defendants and DOES 1 to 10)**

37.   Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 36, inclusive, as though fully set forth herein.

38.   Plaintiff has common law rights in "TU THIEN THE" as a service mark and trade name on the basis of its use in commerce in connection with the phone card business and service since a least as early as November 2009.

39.   Defendants have engaged in service mark infringement, trade name infringement and unfair competition under the common law.

40.   Defendants have intentionally deceived the public by misrepresenting their phone card business and services are in some way sponsored or authorized by Plaintiff's phone card business and services known as the service mark and trade name: "TU THIEN THE".   Upon information and belief, Defendants' acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

41.   Defendants' use of "THE TU THIEN" as a service mark and trade name for their phone card business and service is likely to cause confusion  with Plaintiff's "TU THIEN THE" service mark and trade name.

42.   Defendants' use of "THE TU THIEN" as a service mark and trade name for their phone card business and service is causing actual confusion  with Plaintiff's "TU THIEN THE" service mark and trade name.

43.   Defendants' use of "THE TU THIEN" as a service mark and trade name for their phone card business and service is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of

**COMPLAINT**

1   Plaintiff with "THE TU THIEN" with "TU THIEN THE", as well as to the origin,

2   sponsorship, or approval of Defendants' services by Plaintiff.

3   44.   Therefore, Defendants' use of "THE TU THIEN" as a service mark or

4   trade name for their phone card business and service in commerce constitutes

5   common law service mark infringement, trade name infringement and unfair

6   competition under California law.

7   45.   Plaintiff has been damaged by the foregoing acts of infringement and

8   unfair competition by Defendants and will continue to be damaged by these acts

9   unless enjoined by this Court.   Upon information and belief, by such wrongful acts,

10  Defendants have caused actual confusion, and unless restrained by the Court, will

11  continue to cause serious irreparable injury and damage to Plaintiff TU THIEN THE

12  and to the goodwill associated with the service mark and trade name "TU THIEN

13  THE", in an amount to be determined at trial.

14  46.   Upon information and belief, Defendants' conduct was fraudulent and

15  malicious and undertaken in conscious disregard of Plaintiff's rights.   Plaintiff has

16  been damaged by Defendants' aforementioned acts in an amount to be determined at

17  trial.

18

19                          **COUNT III**

20             **SERVICE MARK AND TRADE NAME DILUTION**

21                (Against All Defendants and DOES 1 to 10)

22

23  47.   Plaintiff realleges and incorporates by reference each and every

24  allegation of paragraphs 1 through 46, inclusive, as though fully set forth herein.

25  48.   Defendants have made commercial use of the service mark and trade

26  name "TU THIEN THE".

27  49.   The Mark is a famous service mark and trade name within the meaning

28  of the Anti-Dilution Act, 15 U.S.C. § 1125(c).

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 ℉ 714.274.7179 FAX

**COMPLAINT**

50.   Plaintiff has no control over the quality of Defendants' website(s), advertising and other promotional materials, its use of "THE TU THIEN" and its misappropriation of the Mark.  As a result of such use by Defendants, the distinctive qualities of the Mark are being and will continue to be diluted.

51.   Defendants' operation of a phone card business, its use of and dissemination of materials bearing the Mark, and its misappropriation of the quality of the service is and will continue to result in the dilution of the distinctive nature of the Mark through tarnishing, in violation of 15 U.S.C. § 1125(c).

52.   Defendants' wrongful conduct constitutes an extreme threat to the distinctiveness of the Mark that Plaintiff has expended great efforts to develop and maintain through its strict control.

53.   The distinctive nature of the Mark is of enormous value, and Plaintiff is suffering and will continue to suffer irreparable harm and tarnishing of the Mark if Defendants' wrongful conduct is allowed to continue.

54.   Defendants' operation of a phone card business, its use of and dissemination of materials bearing the name "THE TU THIEN", and its misappropriation of the Mark will likely continue unless enjoined by this Court.

55.   Plaintiff is entitled to a permanent injunction against Defendants, as well as all other remedies available under the Lanham Act, including, but not limited to, compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees.

///
///
///
///
///
///
///
///

THIEU VIRTUAL LAW GROUP

17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL: 714.435.0600 ◊ 714.274.7179 FAX

**COMPLAINT**

## COUNT IV

## STATUTORY UNFAIR COMPETITION, FRAUDULENT BUSINESS PRACTICES AND FALSE AND MISLEADING STATEMENTS

### [B & P §§ 17200, 17500]

#### (Against All Defendants and DOES 1 to 10)

56.   Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 55, inclusive, as though fully set forth herein.

57.   Without authorization or license, Defendants have commercially exploited and used the Mark and its likeness and are selling without authorization, in direct competition with Plaintiff, thousands of dollars in the phone card business and services.

58.   Defendants are infringing and diluting Plaintiff's Mark, as alleged herein.

59.   Defendants are misleading consumers into believing that their website offers different materials as to sell more phone card memberships.

60.   As a result of their actions, as hereinabove pleaded, Defendants have misappropriated valuable property rights of Plaintiff, is trading on the business reputation and goodwill of Plaintiff as symbolized by Plaintiff's distinctive TU THIEN THE mark, and has and is thereby likely to further confuse and deceive members of the purchasing public in violation of the common law of unfair competition of the State of California.

61.   By reason of Defendants' fraudulent, deceptive, unfair competition and other wrongful conduct as herein alleged, said Defendants have violated California Business & Professions Code §§ 17200, 17500, et. seq., by consummating an unlawful, unfair and fraudulent business practice, designed to deprive Plaintiff.

COMPLAINT

THIEU VIRTUAL LAW GROUP
17150 Newhope Street, Suite 213
Fountain Valley, CA 92708
TEL. 714.435.9590 & 714.274.7779 FAX

THIEU VIRTUAL LAW GROUP

17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.425.9000  FAX 714.274.7179

62.   Base on Defendants' previous and continuing knowledge of Plaintiff's Mark and continued activities, Defendants' fraudulent, deceptive, unfair competition and other wrongful conduct as herein alleged is willful.

63.   By reason of the foregoing, Plaintiff has suffered and continues to suffer damages in a sum which is, as yet unascertained.  Plaintiff will ask leave of court to amend the complaint when the true nature and extent of damages have been ascertained.

64.   Plaintiff has been and is being damaged by such violation and has no adequate remedy at law. Defendants' unlawful conduct will continue to damage Plaintiff unless enjoined by this Court.

## COUNT V

## INJUNCTION FOR INFRINGEMENT

### [B & P § 14402, *et seq.*]

### (Against All Defendants and DOES 1 to 10)

65.   Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 64, inclusive, as though fully set forth herein.

66.   Plaintiff adopted and used the service mark and trade name "TU THIEN THE" for the phone card business and services in January 2011.  Plaintiff's "first use" of the Mark includes the period of earlier continuous use of the Mark by its predecessor in interest in the phone card business and services, which use of "TU THIEN THE" began in November 2009 and continued to the present.

67.   Plaintiff has filed and continuously maintained a fictitious business name statement in Orange County, California, for the trade name "TU THIEN THE" since December 2009.   Plaintiff is the first to file a fictitious business name statement for "TU THIEN THE" in Orange County, California, and has used the name for the phone care business and services since 2009.

**COMPLAINT**

68.     As the first user and fictitious business name registrant of "TU THIEN THE", Plaintiff has an exclusive right in Orange County, California, to use the "TU THIEN THE" Mark, as well as any confusingly similar service mark and trade name.

69.     Defendants' recently adopted name "THE TU THIEN" is confusingly similar to Plaintiff's service mark and trade name "TU THIEN THE" and Defendants' use of "THE TU THIEN" in Orange County, California, violates Plaintiff's right to exclusive use of "TU THIEN THE" and all confusingly similar names.

70.     Plaintiff is entitled to an injunction as provided by California Business & Professions Code § 14402, *et seq.*, to enjoin Defendants' use of "THE TU THIEN", and to preserve Plaintiff's exclusive right to use "TU THIEN THE".

## COUNT VI
## MISAPPROPRIATION AND CONVERSION
### (Against All Defendants and DOES 1 to 10)

71.     Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 70, inclusive, as though fully set forth herein.

72.     Defendants, without authorization, or at the very least exceeding any authorization, has used Plaintiff's proprietary computer system to replicate a phone card services system and targeted Plaintiff's customers.

73.     Defendants' unauthorized transmissions of unsolicited materials, from which Defendants profit to the detriment of Plaintiff, constitute the unfair and unlawful misappropriation of extremely valuable property owned by Plaintiff.

74.     Defendants' parasitic use of Plaintiff's computer system and locked Plaintiff out of Plaintiff's own system has forced Plaintiff to devote significant

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.430.5600 § 714.274.7179 FAX

14

**COMPLAINT**

1    resources to manage the unauthorized, unsolicited and disruptive complaints by
2    Plaintiff's customers as generated by Defendants.

3        75.    By blocking Plaintiff's access to the computer system, and by
4    contacting Plaintiff's customers and cashing Plaintiff's checks without
5    authorization, and their unsolicited promotional materials to the public, Defendants
6    are directly competing with Plaintiff and it is interfering with the use of Plaintiff's
7    sales of phone cards.

8        76.    Defendants' unlawful and inequitable activities damage and dilute the
9    commercial value of phone card services currently offered by Plaintiff to its
10   customers, and inequitably misappropriate the computer system, equipment, skill,
11   expenditures and labors of Plaintiff for Defendants' commercial advantage.

12       77.    The foregoing activities of Defendants constitute misappropriation and
13   conversion of Plaintiff's property, in violation of the common law of California.

14       78.    Defendants' misappropriation of Plaintiff's property has caused and
15   continues to cause Plaintiff to suffer irreparable injury, loss of reputation and
16   pecuniary damages. Unless enjoined by this court, Defendants will continue these
17   acts of misappropriation thereby causing Plaintiff's immediate and irreparable
18   damage.

19
20                                **COUNT VII**
21                           **UNJUST ENRICHMENT**
22                          **[B & P § 17500 *et seq.*]**
23                  **(Against All Defendants and DOES 1 to 10)**
24
25       79.    Plaintiff realleges and incorporates by reference each and every
26   allegation of paragraphs 1 through 78, inclusive, as though fully set forth herein.
27       80.    As a result of the conduct described above, Defendants have been and
28   will be unjustly enriched at the expense of Plaintiff.

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9800 § 714.274.7179 FAX

81.  Defendants should be required to disgorge this unjust enrichment. Plaintiff has been damaged by Defendants' aforementioned acts in an amount to be determined at trial.

82.  The amounts are due and unpaid despite Plaintiff's demand, plus pre-judgment interest according to proof.

## COUNT VIII
### INJURY TO BUSINESS REPUTATION
### (Against All Defendants and DOES 1 to 10)

83.  Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1 through 82, inclusive, as though fully set forth herein.

84.  Plaintiff alleges that Defendants' use of Plaintiff's service mark and trade name inures and creates a likelihood of injury to Plaintiff's business reputation because persons encountering Plaintiff and its products and services will believe that Plaintiff is affiliated with or related to or has the approval of Defendants, and any adverse reaction by the public to Defendants and the quality of their products and the nature of their business will injure the business reputation of Plaintiff and the goodwill that Plaintiff enjoys in connection with the Mark.

///
///
///
///
///
///
///
///
///

**COMPLAINT**

THIEU VIRTUAL LAW GROUP
17150 NEWHOPE STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 § 714.274.7179 FAX

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff TU THIEN THE, INC., prays for judgment against Defendants, and each of them, as follows:

1.      That defendants, their officers, agents, servants, employees, licensees, attorneys, successors, related companies, parent companies, and assigns, and all those in active concert or participation with them, be forthwith preliminarily and thereafter permanently enjoined and restrained from:

a.      Using the TU THIEN THE mark or any other similar mark, domain name or designation, such as THE TU THIEN and the www.tuthientelecom.com domain name, that are confusingly with respect to the TU THIEN THE mark or gives rise to a likelihood of confusion, mistake or deception with respect to Plaintiff's TU THIEN THE Mark;

b.      Doing any other act or thing likely to induce the mistaken belief that defendants or their services or business, are in any way approved by or affiliated, connected or associated with Plaintiff TU THIEN THE's services; and

c.      Unfairly competing with Plaintiff TU THIEN THE in any manner whatsoever or causing injury to the business reputation of Plaintiff.

2.      That defendants deliver destruction all advertisements, brochures, current inventory of products, and related materials that utilize the TU THIEN THE Mark or approximations or simulations thereof, and remove the same from any and all domain names and websites in their possession or control that bear the Mark.

3.      That defendants assign and transfer any and all domain names that utilize the TU THIEN THE Mark or approximations or simulations thereof, including the domain name www.tuthientelecom.com.

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, Suite 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 & 714.274.7179 FAX

17

**COMPLAINT**

4.      That the Court declare and order that defendants' unauthorized use, marketing and displaying of Plaintiff TU THIEN THE's service mark and trade name, and offering of products for sale on their website using Plaintiff's Mark or any mark likely to cause confusion, mistake or deception with any of Plaintiff's service mark or trade name, willfully infringe Plaintiff's Mark, including:

a.      An order requiring defendants to remove all copies of Plaintiff's Mark from their possession, either on servers or computers located at its premises, or on servers or computers located at the premises of any of its clients, customers, counterparties, employees, agents, consultants and any other party who has copies of the said Mark without Plaintiff's permissions;

b.      An order requiring defendants to deliver up for destruction all infringing materials, including all storage media, that contain infringing copies of Plaintiff's Mark;

c.      An order awarding Plaintiff, at its election, either (i) actual damages including pre- and post-judgment interest and profits derived by defendants as a result of its infringing activities or statutory damages; and

d.      An order enjoining defendants and their respective agents, employees, officers, directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, from further infringement of Plaintiff's Mark.

5.      That an accounting is granted against defendants, and Plaintiff TU THIEN THE be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

a.      All profits, gains, profits, enrichments and advantages received by defendants from sales and revenues of any kind made as a result of their unlawful actions;

b.      All damages sustained by Plaintiff as a result of defendants' acts of infringement and unfair competition; and

18

**COMPLAINT**

THIEU VIRTUAL LAW GROUP

17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 § 714.274.7179 FAX

c.      An order awarding Plaintiff compensatory, consequential and other damages, including pre- and post-judgment interest, suffered as a result of defendants' violation of 15 U.S.C. §§ 1125(a), 1125(c).

6.      That defendants file with the Court and serve upon Plaintiff within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which defendants have compiled with the injunction.

7.      That because of exceptional nature of this case, resulting from defendants' deliberate and willful infringement, this Court award Plaintiff its reasonable attorneys' fees, costs and disbursements pursuant to 15 U.S.C. 1117.

8.      That Plaintiff shall be awarded damages and attorneys' fees as authorized under all applicable statutes.

9.      That Plaintiff shall be awarded punitive damages according to proof.

10.     That Plaintiff shall have such other and further relief as this Court may deem just.

DATE:    November 29, 2011          THIEU VIRTUAL LAW GROUP

                                    Dominique N. Thieu, Esq.
                                    Attorneys for Plaintiff TU THIEN THE, INC.

## REQUEST FOR JURY TRIAL

Plaintiff TU THIEN THE, INC., requests a trial by jury.

DATE:    November 29, 2011          THIEU VIRTUAL LAW GROUP

                                    Dominique N. Thieu, Esq.
                                    Attorneys for Plaintiff TU THIEN THE, INC.

THIEU VIRTUAL LAW GROUP
17150 NEWPORT STREET, SUITE 213
FOUNTAIN VALLEY, CA 92708
TEL. 714.435.9500 § 714.274.7179 FAX